IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| ESPERANZA GUERRERO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 1:13cv837(JCC/JFA) |
| | ) |
| AMY T. WEEKS, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that:

(1) Plaintiff Esperanza Guerrero's Objections to Magistrate Judge Anderson's Report and Recommendation [86] are OVERRULED;

(2) the Court ADOPTS as its own the findings of fact and accepts the recommendations of the United States Magistrate Judge [82];

(3) Plaintiff may appeal this decision by filing written notice of appeal within thirty (30) days from the date of entry of this Order; and

(4) the Clerk of the Court shall forward copies of this Order and the accompanying Memorandum Opinion to all counsel of record and to Plaintiff, *pro se*.

```
                              _/s/_
February 26, 2014              James C. Cacheris
Alexandria, Virginia    UNITED STATES DISTRICT COURT JUDGE
```